UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 20694
  DEBI MACIEVIC

                                        CHAPTER 13

                                        JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-8328

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/06/07 and confirmed on 05/16/08.

    2.  The case was dismissed after confirmation, 07/18/2008.

    3.  The Debtor paid a total of $   7225.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 38493.41 | .00 | 3579.80 |
| FIRST AMERICAN BANK | SECURED | .00 | .00 | .00 |
| FIRST AMERICAN BANK | MORTGAGE ARRE | 2769.80 | .00 | 257.59 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 400.00 | .00 | 400.00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DANA MCNEIR MD | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | NOT FILED | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41663.21 | .00 | .00 | .00 | 41663.21 |
| PRINCIPAL PAID | 4237.39 | .00 | .00 | .00 | 4237.39 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 4237.39 | .00 | .00 | .00 | 4237.39 |

The Debtor's attorney, PAUL R IDLAS                 , was allowed $   3500.00
and was paid $    926.00  direct and $   2574.00  through the plan.

The Trustee received $    413.61 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 07 B 20694 DEBI MACIEVIC